UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY CALLENDER, <br><br> Plaintiff, <br><br> v. <br><br> J. RAMM, et al., <br><br> Defendants. | No. 2:17-cv-0271 JAM AC P <br><br><br> FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se. The complaint in this case was filed with the court on February 3, 2017. However, the court's own records reveal that on April 1, 2016, plaintiff filed another complaint containing virtually identical allegations.[1] That case, <u>Callender v. Ramm et al.</u>, Case No. 2:16-cv-0694 JAM AC P, is proceeding on the merits of a First Amended Complaint. Due to the duplicative nature of the present action, the undersigned will recommend that this case be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

////

---

[1] A court may take judicial notice of its own records and the records of other courts. <u>See</u> <u>United States v. Howard</u>, 381 F.3d 873, 876 n.1 (9th Cir. 2004); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980); <u>see also</u> Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

1

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 6, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE